**AMENDED CHAPTER 13 PLAN**
**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**          CAUSE NO. 09-12758

**DEBTOR(S): Virdell King and Lawanda King**   SS#: xxx-xx-8185   NET MONTHLY NET EARNINGS: $ 131.00
Before Household Expenses: 1576.00

**FULL ADDRESS:** 124 County Road 232, P. O. Box 141, Coila, MS 38923   **# OF DEPENDANTS:** 4

**TELEPHONE NUMBER:** 662-237-6284   TAX REFUNDS AND EIC FOR DISTRIBUTION: _____

**THIS PLAN DOES NOT ALLOW CLAIMS.** Creditors must file a proof of claim to be paid under any plan that may be confirmed, and the treatment of all secured/priority debts must be provided for in this plan.

**PAYMENT AND LENGTH OF PLAN**
The plan period shall be for a period of __36__ months, not to exceed 60 months. Debtor or Joint Debtor will make payments directly to the Trustee ONLY if self-employed, unemployed or the recipient of government benefits.

(A) Debtor shall pay $ 35.92 per __WEEK__ to the Chapter 13 Trustee.
   A payroll deduction order will be issued to the Debtor's Employer at: J L & Gary Waugh Ptrs
                                                                          Post Office Box 275
                                                                          Duck Hill, Mississippi 38925

(B) Joint Debtor shall pay -------per (monthly/semi monthly/weekly/bi-weekly) to the Chapter 13 Trustee.
   A payroll deduction order will be issued to the Debtor's Employer at:_____

**PRIORITY CREDITORS:** Filed claims that are not disallowed to be paid in full: IRS
STATE TAX COMM: $_____ @ _____/month. OTHER: Carroll County Sanitation Dept. $ 218.00 @ 6.05 /month; Carroll County Tax Collector $ 51.79 @ 1.43/month; Delta Electric Power Assoc. $946.00 @ 26.27 /month; Pelucia Rural Water Assoc. $164.64 @ 4.57

**DOMESTIC SUPPORT OBLIGATIONS (POST PETITION) DUE TO:**_____

beginning _____ in the amount of $_____ per month shall be paid:
_____ direct   _____ through payroll deduction   _____ through this plan.

**PRE-PETITION DOMESTIC SUPPORT ARREARAGE CLAIMS DUE TO:**_____

in the amount of $_____ shall be paid $_____ per month:
_____ direct   _____ through payroll deduction   _____ through this plan.

Debtor's Initials _VK_   Joint Debtor's Initials _LK_          Chapter 13 Plan, Page 1 of 2

**SECURED CLAIMS:** Creditors that have filed claims that are not disallowed are to retain lien(s) under 11 U.S.C 1325(a)(5)(B)(i) until plan is completed and be paid as secured claimant(s) the sum set out in the column "Total Amt. to be Paid" or pursuant to Order of the Court. That Portion of the claim not paid as secured shall be paid as an unsecured claim.

| CREDITOR'S NAME COLLATERAL: | AMT. OWED | VALUE | INT. RATE | TOTAL TO BE PAID | MONTHLY PAYMENTS |
|---|---|---|---|---|---|
| P L $ Financial (Intrigue vehicle) | $1000.00 | $4087.00 | 7.0 % | $1111.50 | $30.88 |
| P L $ Financial (Dodge Ram) | $800.00 | $3050.00 | 7.0 % | $889.26 | $24.70 |
| First Franklin Financial (Lumina) | $1000.00 | $725.00 | 7.0 % | $805.89 | $22.39 |

**SPECIAL CLAIMANTS:** (Co-signed debts, collateral for abandonment, etc.) ON ABANDONED COLLATERAL, DEBTOR TO PAY ZERO ON SECURED PORTION OF DEBT. Where proposal is for payment, creditor must file a proof of claim to receive proposed payment.

| CREDITOR'S NAME | Collateral or Type of Debt | Approx. Amount Owed | Proposal to be paid |
|---|---|---|---|

**SPECIAL PROVISIONS** for all payments to be paid through the plan, including, but not limited to, adequate protection payments: Vanderbilt: Debtors intend to surrender mobile home retaining an exemption in land acquired prior to the purchase of the mobile home.

**UNSECURED DEBTS** totaling approximately $ 10,822.68 are to be paid in deferred payments to creditors that have timely filed claims that are not disallowed: _____ IN FULL or 0 % (PERCENT) MINIMUM.

Total Attorney Fees Charged $ 2200.00
Attorney Fees previously paid $426.00
Attorney Fees to be paid through plan $ 1774.00

Pay administrative costs and debtor's attorney fees pursuant to Court Order and/or Local Rules.

(Name/Address/Phone #)Vehicle insurance co/agent:

Attorney for Debtor
SUSAN C. SMITH MSBN: 99776
Post Office Box 1251
Greenville, Mississippi 38702-1251
Phone #: 662-378-2558

Phone #:

DATE: 6-30-09

Debtor's Signature *Virdell King*
Spouse's Signature *Jawanda King*
Attorney's Signature

CHAPTER 13 PLAN, PAGE 2 of 2

Chapter 13 Plan Form, Revised 10/24/2005