B6F (Official Form 6F) (12/07)

In re *Virdell King and Lawanda King* _____ ,    Case No. *09-12758*
                    **Debtor(s)**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three  columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules, and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *2958* <br><br> *Creditor # : 1* <br> *American Studio Inc.* <br> *815 Matthews Mint Hill Rd* <br> *Matthews NC 28105-1705* | | *J* | *Insufficient Check* | | | | *$ 39.00* |
| Account No: *2958* <br><br> *Representing:* <br> *American Studio Inc.* | | | *Check Velocity* <br> *POB 331067* <br> *Nashville TN 37203* | | | | |
| Account No: *9054* <br><br> *Creditor # : 2* <br> *Angels Communication Solutions* <br> *Post Office Box 61* <br> *Ellendale TN 38029-0061* | | *W* | *3/2009* <br> *Telephone* | | | | *$ 55.00* |
| Account No: *7205* <br><br> *Creditor # : 3* <br> *AT&T* <br> *POB 8100* <br> *Aurora IL 60507* | | *H* | *9/2008* <br> *Telephone* | | | | *$ 346.23* |

*6* continuation sheets attached

Subtotal $ | *$ 440.23*

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _Virdell King and Lawanda King_ , Case No. _09-12758_
**Debtor(s)** **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **7205** <br> *Representing:* <br> *AT&T* | | | *Financial Asset Management Sys* <br> *Post Office Box 451409* <br> *Atlanta GA 31145-9409* | | | | |
| Account No: **8401** <br> *Creditor # : 4* <br> *Delta Electric Power Assoc.* <br> *Post Office Box 935* <br> *Greenwood MS 38935-0935* | | W | *3/2009* <br> *Utility* | | | | *$ 946.58* |
| Account No: **8127** <br> *Creditor # : 5* <br> *Entergy MS* <br> *Post Office Box 6008* <br> *L-JEF-359* <br> *70104* | | W | *Utility Bills* | | | | *$ 246.61* |
| Account No: **8127** <br> *Representing:* <br> *Entergy MS* | | | *Capital Recovery Service* <br> *Post Office Box 2589* <br> *Columbus OH 43216* | | | | |
| Account No: <br> *Creditor # : 6* <br> *Greenwood Leflore Hospital* <br> *POB 1410* <br> *Greenwood MS 38935* | | J | *2004-2006* <br> *Medical Bills* | | | | *$ 3,239.19* |
| Account No: <br> *Representing:* <br> *Greenwood Leflore Hospital* | | | *Courtney & Camp* <br> *Attorneys at Law* <br> *Post Office Box 529* <br> *Jackson MS 39205-0529* | | | | |

Sheet No. _1_ of _6_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $** | *$ 4,432.38*
**Total $** |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)  - Cont.

In re _Virdell King and Lawanda King_ ,                          Case No. _09-12758_
                    **Debtor(s)**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **2938** <br> *Creditor # : 7* <br> *Greenwood Neurology* <br> *POB 1410* <br> *Greenwood MS 38930* | | W | *7/2006* <br> *Medical Bills* | | | | *$ 176.00* |
| Account No: **2938** <br> *Representing:* <br> *Greenwood Neurology* | | | *ACS Systems* <br> *9800 Centre Parkway* <br> *Suite 1100* <br> *Houston TX 77036* | | | | |
| Account No: **2959** <br> *Creditor # : 8* <br> *Greenwood Neurology* <br> *POB 1410* <br> *Greenwood MS 38930* | | W | *7/2006* <br> *Medical Bills* | | | | *$ 344.00* |
| Account No: **2959** <br> *Representing:* <br> *Greenwood Neurology* | | | *ACS Systems* <br> *9800 Centre Parkway* <br> *Suite 1100* <br> *Houston TX  77036* | | | | |
| Account No: **2962** <br> *Creditor # : 9* <br> *Greenwood Neurology* <br> *POB 1410* <br> *Greenwood MS 38930* | | W | *Medical Bills* | | | | *$ 83.00* |
| Account No: **2962** <br> *Representing:* <br> *Greenwood Neurology* | | | *ACS Systems* <br> *Division of Patient Svc Center* <br> *9800 Centre Pkwy, Ste 1100* <br> *Houston TX 77036* | | | | |

Sheet No. **2** of **6** continuation sheets attached to Schedule of            **Subtotal $** | *$ 603.00*
Creditors Holding Unsecured Nonpriority Claims                                    **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Virdell King and Lawanda King_                        ,          Case No. _09-12758_
                        **Debtor(s)**                                                **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **2947** Creditor # : 10 Greenwood Neurology POB 1410 Greenwood MS 38930 | | W | 7/2006 Medical Bills | | | | $ 370.00 |
| Account No: **2947** Representing: Greenwood Neurology | | | ACS Systems 9800 Centre Parkway Suite 1100 Houston TX 77036 | | | | |
| Account No: **2956** Creditor # : 11 Greenwood Neurology POB 1410 Greenwood MS 38930 | | W | 7/2006 Medical Bills | | | | $ 690.00 |
| Account No: **2956** Representing: Greenwood Neurology | | | ACS Systems 9800 Centre Parkway Suite 1100 Houston TX 77036 | | | | |
| Account No: **2953** Creditor # : 12 Greenwood Neurology POB 1410 Greenwood MS 38930 | | W | 7/2006 Medical Bills | | | | $ 138.00 |
| Account No: **2953** Representing: Greenwood Neurology | | | ACS Systems 9800 Centre Parkway Suite 1100 Houston TX 77036 | | | | |

Sheet No. **3** of **6** continuation sheets attached to Schedule of                      **Subtotal $**       $ 1,198.00
Creditors Holding Unsecured Nonpriority Claims                                          **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Virdell King and Lawanda King_ ,   Case No. _09-12758_

**Debtor(s)**   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *2944* <br><br> *Creditor # : 13* <br> *Greenwood Neurology* <br> *POB 1410* <br> *Greenwood MS 38930* | | J | *6/2006* <br> *Medical Bills* | | | | *$ 111.00* |
| Account No: *2944* <br><br> *Representing:* <br> *Greenwood Neurology* | | | *ACS Systems* <br> *9800 Centre Parkway* <br> *Suite 1100* <br> *Houston TX 77036* | | | | |
| Account No: *7008* <br><br> *Creditor # : 14* <br> *Imagine Mastercard* <br> *Post Office Box 105341* <br> *Atlanta GA 30348-5341* | | W | *2008* <br> *Credit Card Purchases* | | | | *$ 803.01* |
| Account No: *7008* <br><br> *Representing:* <br> *Imagine Mastercard* | | | *P. Scott Lowery, P. C.* <br> *4500 Cherry Creek Drive South* <br> *Suite 700* <br> *Denver CO 80246* | | | | |
| Account No: *0852* <br><br> *Creditor # : 15* <br> *Johnson Propane Gas, Inc.* <br> *Post Office Box 283* <br> *104 N. Rutherford Drive* <br> *Kilmichael MS 394747* | | W | *2005-2008* <br> *Utility Bills* | | | | *$ 258.61* |
| Account No: *2008* <br><br> *Creditor # : 16* <br> *Kosko Eye Clinic* <br> *1503 Strong Avenue* <br> *Greenwood MS 38930* | | H | *9967* <br> *Medical Bills* | | | | *$ 70.00* |

Sheet No. __4__ of __6__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**   *$ 1,242.62*

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _Virdell King and Lawanda King_ ,  Case No. _09-12758_
               **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *2008* <br> *Creditor # : 17* <br> *Kosko Eye Clinic* <br> *1503 Strong Avenue* <br> *Greenwood MS 38930* | | W | *1313* <br> *Medical Bills* | | | | *$ 75.00* |
| Account No: *5367* <br> *Creditor # : 18* <br> *Leasecomm* <br> *10M Commerce Way* <br> *Woburn MA 01801* | | H | *2007* <br> *Satellite Television* | | | | *$ 0.00* |
| Account No: *9246* <br> *Creditor # : 19* <br> *MedStat Ambulance Service* <br> *108 South Front Street* <br> *Winona MS 38967* | | H | *Medical services* | | | | *$ 3.00* |
| Account No: *2009* <br> *Creditor # : 20* <br> *MS Delta Community College* <br> *Post Office Box 668* <br> *Moorhead MS 38761* | | W | *5871* <br> *Tuition* | | | | *$ 1,140.00* |
| Account No: *110* <br> *Creditor # : 21* <br> *Payday Loan Store of MS, Inc.* <br> *300 North Elizabeth Street* <br> *Chicago IL 60607* | | J | *Cash advance* | | | | *$ 540.33* |
| Account No: *1157* <br> *Creditor # : 22* <br> *State of Mississippi, DHS* <br> *Department of Human Services* <br> *Post Office Box 352* <br> *Jackson MS 39205* | | W | *11/2007* <br> *Food Stamp Overpayment* | | | | *$ 554.00* |

Sheet No. _5_ of _6_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**      *$ 2,312.33*

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _Virdell King and Lawanda King_ ,                    Case No. _09-12758_
                    **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **2008** <br> Creditor # : 23 <br> Tyler Holms Memorial Hospital <br> 409 Tyler Holmes Drive <br> Winona MS 38967 | | W | 427 <br> Medical Bills | | | | $ 1,473.00 |
| Account No: **8229** <br> Creditor # : 24 <br> Unity Financial Life Insurance <br> Post Office 5000 <br> Syracuse NY 13250-5000 | | J | 9/2008 <br> Insurance Premium | | | | $ 47.70 |
| Account No: **5566** <br> Creditor # : 25 <br> University Hospitals & Clinics <br> Post Office Box 22547 <br> Jackson MS 39225-2547 | | H | 11/2007 <br> Medical Bills | | | | $ 20.00 |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. __6__ of __6__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**    $ 1,540.70

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)    $ 11,769.26