In re **Virdell King and Lawanda King**_____,  Case No. **09-12758**____
           Debtor(s)                                                      (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT
## Amended 09/09/2009

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)
☐ 11 U.S.C. § 522(b) (2)
☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Lawsuit Settlement | Miss. Code §85-3-1(a) | $ 3,503.00 | $ 3,503.00 |

Page No. _1_ of _1_