## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: VIRDELL AND LAWANDA KING          BANKRUPTCY NO. 09-12758

### ORDER RESETTING

**CAME ON TO BE HEARD**, the Debtors who prayed that this Honorable Court would reset the hearing (docket number 37) on the Objection to the Confirmation of the Chapter 13 plan (docket number 31.)  The Court hearing no objections finds the matter well taken and resets the hearing for November18, 2009 at 10:00 A.M. in the Federal Court Building in Greenville, Mississippi.

**IT IS HEREBY ADJUDGED AND DECREED** that the hearing on the objection to the Confirmation of the Chapter 13 plan as filed by Creditor Vanderbilt Mortgage and Finance, Inc. be reset for November 18, 2009 at 10:00 A.M. in the Federal Court Building in Greenville, Mississippi.

SO ORDERED.

PREPARED FOR THE COURT BY:
/S/ Susan C. Smith
Susan C. Smith, 99776
P.O. Box 1251
Greenville, MS 38702