## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

| | | |
|---|---|---|
| IN RE: | § § | |
| VIRDELL KING and LAWANDA KING | § § § | CHAPTER 13 |
| SS# XXX-XX-8185 & XXX-XX-5270 | § § | |
| DEBTOR(S) | § | CASE NO. BK 09-12758-NPO |

## ORDER ON OBJECTION TO CONFIRMATION

THIS DAY this cause came on to be heard on the Objection to Confirmation (Dkt# 31) filed by Vanderbilt Mortgage and Finance, Inc., and Debtors' Response (Dkt# 54) thereto, and the Court, having considered same, finds that said objection should be sustained.

IT IS, THEREFORE, ORDERED that the Objection to Confirmation filed by Vanderbilt Mortgage and Finance, Inc., is SUSTAINED, and Debtors shall have fourteen (14) days in which to file an Amended Plan.

SO ORDERED.

This Order prepared by:
Emily McCarson Yancey (MS Bar #102488)
ROSEN ♦ HARWOOD, P.A.
2200 Jack Warner Parkway, Ste. 200
Post Office Box 2727
Tuscaloosa, Alabama 35403
Telephone: (205) 344-5000

i:\buddy\clients\vmf\king, luwanda & virdell\order on otc (11-30-09).doc