**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE VIRDELL KING AND LAWANDA KING**                    **CAUSE NO. 09-12758**

**ORDER SURRENDERING VEHICLE**

CAME ON to be heard this day the Debtors, Virdell and Lawanda King, by and through the undersigned Attorney, Susan C. Smith, who prayed this Honorable Court would permit them to surrender their Chevy Lumina.

IT IS ADJUDGED, AND DECREED that the Chevy Lumina shall be surrendered to First Franklin Financial Corporation.

SO ORDERED

Prepared for the Court by:
Susan C. Smith MSBN 99776
P.O. Box 1251
Greenville, MS 38702-1251
P: 662.378.2558
F: 662.378.2543
Email: smithsusanc@bellsouth.net