# United States Bankruptcy Court
For The
Northern Dist Of Miss Aberdeen Division

| IN RE: | | DATE | CASE No. 09-12758-NPO |
|---|---|---|---|
| VIRDELL & LAWANDA ROCHELLE KING | | | SS #1  XXX-XX-8185 |
| PO BOX 141 | | 11/25/2009 | |
| COILA, MS 38923 | | | SS #2  XXX-XX-5270 |

## MOTION TO ALLOW CLAIMS

Pursuant to 11 U.S.C. 704(4), the trustee has examined the proofs of claim filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed, or "not filed" as indicated below. The payment of the claims shall be controlled by the Confirmation Order and/or subsequent orders of the court.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|---|
| 001 | ACS SYSTEMS / FOR GREENWOOD NEUROLOGY<br>9800 CENTRE PARKWAY- STE 1100 / HOUSTON, TX 77036 | None | Not Filed |
| 002 | AMERICAN STUDIO INC. / 1855 LAKELAND DR, STE D20<br>JACKSON, MS 39215-4947 | None | Not Filed<br>39.00 |
| 003 | ANGLES COMMUNICATION SOLUTIONS / PO BOX 61<br>ELLENDALE, TN 38029 | None | Not Filed<br>55.00 |
| 004 | AT&T / PO BOX 8100<br>AURORA, IL 60507 | None | Not Filed<br>346.23 |
| 005 | CAPITAL RECOVERY SERVICES / 10340 DEMOCRACY LN  STE 3<br>FAIRFAX, VA 22030 | None | Not Filed |
| 006 | CARROLL COUNTY CHANCERY CLERK / P. O. BOX 60<br>CARROLLTON, MS 38917 | None | Not Filed |
| 007 | CARROLL COUNTY SANTATION DEPT / P O BOX 228<br>CARROLLTON, MS 38917-0228 | None | Not Filed<br>218.00 |
| 008 | CARROLL COUNTY TAX COLLECTOR / P. O. BOX 193<br>CARROLLTON, MS 38917 | None | Not Filed<br>51.79 |
| 009 | CHECKVELOCITY / PO BOX 331067<br>NASHVILLE, TN 37203 | None | Not Filed |
| 010 | COURTNEY & CAMP / FOR GREENWOOD LEFLORE HOSPITAL<br>P O BOX 529 / JACKSON, MS 39205-0529 | None | Not Filed |
| 011 | DELTA ELECTRIC POWER ASSOC / PO BOX 935<br>GREENWOOD, MS 38935-0935 | None | Not Filed<br>946.58 |
| 012 | ENTERGY-MS / P O BOX 6008<br>MAIL UNIT L-JEF 359 / NEW ORLEANS, LA 70174-6008 | 246.61 | Unsecured |
| 013 | FINANCIAL ASSET MGMNT SYSTEMS / FOR AT&T (FKA BELLSOUTH)<br>PO BOX 451409 / ATLANTA, GA 31145-9409 | None | Not Filed |
| 014 | FIRST FRANKLIN FINANCIAL / 616 N. APPLEGATE<br>WINONA, MS 38967 | 725.00<br>7.0000% | Secured |
| 014 | FIRST FRANKLIN FINANCIAL / 616 N. APPLEGATE<br>WINONA, MS 38967 | 677.86 | Unsecured |
| 015 | GREENWOOD LEFLORE HOSPITAL / PO BOX 1410<br>GREENWOOD, MS 38930 | None | Not Filed<br>3,239.19 |
| 016 | GREENWOOD NEUROLOGY / PO BOX 1410<br>GREENWOOD, MS 38935-1410 | None | Not Filed<br>344.00 |
| 017 | GREENWOOD NEUROLOGY / PO BOX 1410<br>GREENWOOD, MS 38935-1410 | None | Not Filed<br>138.00 |
| 018 | GREENWOOD NEUROLOGY / PO BOX 1410<br>GREENWOOD, MS 38935-1410 | None | Not Filed<br>83.00 |
| 019 | GREENWOOD NEUROLOGY / PO BOX 1410<br>GREENWOOD, MS 38935-1410 | None | Not Filed<br>176.00 |

# United States Bankruptcy Court
For The
Northern Dist Of Miss Aberdeen Division

| IN RE: | | DATE | CASE No. 09-12758-NPO |
|---|---|---|---|
| VIRDELL & LAWANDA ROCHELLE KING | | | SS #1  XXX-XX-8185 |
| PO BOX 141 | | 11/25/2009 | SS #2  XXX-XX-5270 |
| COILA, MS 38923 | | | |

## MOTION TO ALLOW CLAIMS

Pursuant to 11 U.S.C. 704(4), the trustee has examined the proofs of claim filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed, or "not filed" as indicated below. The payment of the claims shall be controlled by the Confirmation Order and/or subsequent orders of the court.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|---|
| 020 | GREENWOOD NEUROLOGY / PO BOX 1410<br>GREENWOOD, MS 38935-1410 | None | Not Filed<br>111.00 |
| 021 | GREENWOOD NEUROLOGY / PO BOX 1410<br>GREENWOOD, MS 38935-1410 | None | Not Filed<br>690.00 |
| 022 | GREENWOOD NEUROLOGY / PO BOX 1410<br>GREENWOOD, MS 38935-1410 | None | Not Filed<br>370.00 |
| 023 | JEFFERSON CAPITAL SYSTEMS LLC / PO BOX 7999<br>ST CLOUD, MN 56302 | 803.01 | Unsecured |
| 024 | JOHNSON PROPANE GAS, INC. / PO BOX 283<br>104 N. RUTHERFORD DRIVE / KILMICHAELS, MS 39474 | None | Not Filed<br>258.61 |
| 025 | KOSKO EYE CLINIC / 1503 STRONG AVENUE<br>GREENWOOD, MS 38930 | None | Not Filed<br>75.00 |
| 026 | KOSKO EYE CLINIC / 1503 STRONG AVENUE<br>GREENWOOD, MS 38930 | None | Not Filed<br>70.00 |
| 027 | LEASE COMM / 10 M COMMERCE WAY<br>WOBURN, MA 01801-5138 | 1,527.80 | Unsecured |
| 028 | MEDSTAT AMBULANCE SERVICE / 108 S. FRONT STREET<br>WINONA, MS 38967 | 910.69 | Unsecured |
| 029 | MS DELTA COMMUNITY / P O BOX 668<br>MOORHEAD, MS 38761 | None | Not Filed<br>1,140.00 |
| 030 | P. SCOTT LOWERY, P.C. / FOR IMAGINE MASTERCARD<br>4500 CHERRY CREEK DR SOUTH-STE 7000 / DENVER, CO 80246 | None | Not Filed |
| 031 | PLS LOAN STORE / 1306 W. CLAIBORNE<br>GREENWOOD, MS 38930 | None<br>7.0000% | Secured |
| 032 | PAY DAY LOAN STORE / 1306 W CLAIBORNE<br>GREENWOOD, MS 38930 | None | Not Filed<br>540.33 |
| 033 | PELUCIA RURAL WATER ASSOC. / 682 CR 23<br>GREENWOOD, MS 38930 | None | Not Filed<br>164.64 |
| 034 | STATE OF MISSISSIPPI / DEPT OF HUMAN SERVICES<br>PO BOX 352 / JACKSON, MS 39205 | None | Not Filed<br>554.00 |
| 035 | PLS LOAN STORE / 1306 W. CLAIBORNE<br>GREENWOOD, MS 38930 | 1,595.00<br>7.0000% | Secured |
| 036 | FRANKLIN COLLECTION / FOR TYLER HOLMES HOSPITAL<br>P O BOX 3910 / TUPELO, MS 38803 | 323.08 | Unsecured |
| 037 | UNITY FINANCIAL LIFE INSURANCE / PO BOX 5000<br>SYRACUSE, NY 13250-5000 | None | Not Filed<br>47.70 |
| 038 | UNIVERSITY HOSPITALS AND CLINICS / PO BOX 22547<br>JACKSON, MS 39225-2547 | None | Not Filed<br>20.00 |
| 039 | VANDERBILT MORTGAGE / ATTN: BANKRUPTCY UNIT<br>P O BOX 9800 / MARYVILLE, TN 37802 | 91,667.71 | Secured |

# United States Bankruptcy Court
For The
Northern Dist Of Miss Aberdeen Division

| IN RE: | | DATE | CASE No. 09-12758-NPO |
|---|---|---|---|
| VIRDELL & LAWANDA ROCHELLE KING | | 11/25/2009 | SS #1  XXX-XX-8185 |
| PO BOX 141 | | | SS #2  XXX-XX-5270 |
| COILA, MS 38923 | | | |

## MOTION TO ALLOW CLAIMS

Pursuant to 11 U.S.C. 704(4), the trustee has examined the proofs of claim filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed, or "not filed" as indicated below. The payment of the claims shall be controlled by the Confirmation Order and/or subsequent orders of the court.

| CLAIM # | NAME AND ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|---|
| 040 | RECOVERY MANAGEMENT SYTEMS CORP / FOR GE MONEY BANK<br>25 SE 2ND AVENUE, STE 1120 / MIAMI, FL 33131 | None | Not Filed |
| | Total | 98,476.76 | |
| | SUSAN C SMITH<br>PO BOX 1251<br>GREENVILLE, MS 38702 | 2,200.00 | Debtor's Attorney |

WHEREFORE, your trustee prays that those claims which have been filed be deemed allowed for the purpose of distribution as indicated above.

**Locke D. Barkley**
**Chapter 13 Trustee**

## ORDER APPROVING CLAIMS

At   US Bankruptcy Court U. S. Bankruptcy Court 703 Hwy. 145 North Aberdeen, MS 39730     on  12/02/2009
(DATE)

upon the foregoing motion, no adverse interest appearing, the court finds that the matters stated therein are true and, that;
Pursuant to 11 U.S.C. 502 (a), the claims which have been filed as recited above are deemed allowed unless objection is made by the debtor or other party in interest;  it is therefore,

ORDERED,  that within five (5) days, a copy of this order and of the annexed motion be served to the debtor(s) and to the debtors' attorney of record, and that the debtor(s) be given thirty days from the date of this order within which to examine the proofs of claim and to file a written objection to any claim which may be improper.  The absence of a timely written objection will be deemed an approval by the debtor(s) of the claims as recited above.