UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE: §
§
§
VIRDELL KING and § CHAPTER 13
SS# XXX-XX-8185 §
LAWANDA ROCHELLE KING §
SS# XXX-XX-5270 §

DEBTOR(S)   CASE NO. BK 0912758-NPO13

## AMENDED
## ORDER CONDITIONALLY DENYING MOTION TO DISMISS

This matter coming before the Court on March 10, 2010, on the Motion to Dismiss (Dkt #83) filed on behalf of Vanderbilt Mortgage and Finance, Inc. (hereinafter "Movant"), and based on the pleadings previously filed in this matter and the agreement of the parties, it is hereby ORDERED, ADJUDGED and DECREED that:

Movant's Motion to Dismiss is DENIED.

This Order Prepared By:

Emily M. Yancey (MS BAR # 102488)
ROSEN ♦ HARWOOD, P.A.
2200 Jack Warner Parkway, Suite 200
Post Office Box 2727
Tuscaloosa, Alabama 35403
(205) 344-5000

This Order consented to by:

__/s/ Emily M. Yancey__
Emily M. Yancey (MS BAR #102488)
Attorney for Vanderbilt Mortgage and Finance, Inc.
ROSEN ♦ HARWOOD, P.A.
2200 Jack Warner Parkway, Suite 200
Post Office Box 2727
Tuscaloosa, Alabama 35403
(205) 344-5000

_____
Susan S. Smith
Attorney for Debtor
241 Main Street
Suite 107
Greenville, MS 38701
(662) 378-2558

_____
W. Jeffery Collier
Attorney for Locke D. Barkley, Trustee
P.O. Box 55829
Jackson, MS 39296-5829
(601) 355-6661

i:\buddy\clients\vmf\king, luwanda & virdell\09-12759-npo-amended order on mtn to dsm.doc

Case No. BK 0912758-NPO13
Page 2

This Order consented to by:

/s/ Emily M. Yancey
Emily M. Yancey (MS BAR #102488)
Attorney for Vanderbilt Mortgage and Finance, Inc.
ROSEN ♦ HARWOOD, P.A.
2200 Jack Warner Parkway, Suite 200
Post Office Box 2727
Tuscaloosa, Alabama 35403
(205) 344-5000

_____
Susan S. Smith
Attorney for Debtor
241 Main Street
Suite 107
Greenville, MS 38701
(662) 378-2558


_____
W. Jeffery Collier
Attorney for Locke D. Barkley, Trustee
P.O. Box 55829
Jackson, MS 39296-5829
(601) 355-6661


propAmended Order on mtn to dsm vanderbilt.wpd

Case No. BK 0912758-NPO13
Page 2