**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| IN RE: | § |
| | § |
| VIRDELL KING and | § |
| SS# XXX-XX-8185 | § |
| LUWANDA KING | § CHAPTER 13 |
| SS# XXX-XX-5270 | |
| DEBTOR(S) | CASE NO. BK 0912758-NPO13 |

## CONSENT ORDER LIFTING AUTOMATIC STAY

The Debtors and Creditor consenting, the automatic stay imposed by Section 362 of the Bankruptcy Code is hereby lifted to permit Creditor, Vanderbilt Mortgage and Finance, Inc., to foreclose or otherwise proceed against the following property securing the debt of the Debtors to Creditor. Creditor's secured proof of claim are hereby reduced and allowed to the amount paid on said claim and Creditor is hereby granted leave to file a claim for any unsecured deficiency which may remain upon liquidation of its collateral.

2007 Southern Manufactured Home, VIN #DSDAL50451A/B and Real Property located at 124 County Road 232, Coila, MS 38923

This Order Prepared By:

Emily M. Yancey (MS Bar #102488)
ROSEN ♦ HARWOOD, P.A.
2200 Jack Warner Parkway, Suite 200
Post Office Box 2727
Tuscaloosa, Alabama 35403

This Order consented to by:

_/s/ Emily M. Yancey_

Emily M. Yancey (MS Bar #102488)
Attorney for Vanderbilt Mortgage and Finance, Inc.
ROSEN ♦ HARWOOD, P.A.
2200 Jack Warner Parkway, Suite 200
Post Office Box 2727
Tuscaloosa, Alabama 35403

---

Susan C. Smith
Attorney for Debtor
241 Main Street
Suite 107
Greenville, MS 38701
(662) 378-2558

_/s/ W. Jeffery Collier_

W. Jeffery Collier
Attorney for Locke D. Barkley, Trustee
P.O. Box 55829
Jackson, MS  39296-5829
(601) 355-6661

i:\buddy\clients\vmf\king, luwanda & virdell\09-12759-npo-ao relief stay.doc

Parties to Receive Copies:

Emily M. Yancey (MS Bar #102488)
Attorney for Vanderbilt Mortgage and Finance, Inc.
ROSEN ♦ HARWOOD, P.A.
2200 Jack Warner Parkway, Suite 200
Post Office Box 2727
Tuscaloosa, Alabama 35403

Susan C. Smith
Attorney for Debtor
241 Main Street
Suite 107
Greenville, MS 38701
(662) 378-2558

W. Jeffery Collier
Attorney for Locke D. Barkley, Trustee
P.O. Box 55829
Jackson, MS  39296-5829
(601) 355-6661

Case No. BK 0912758-NPO13
Page. 2

Emily M. Yancey (MS Bar #102488)
Attorney for Vanderbilt Mortgage and Finance, Inc.
ROSEN ♦ HARWOOD, P.A.
2200 Jack Warner Parkway, Suite 200
Post Office Box 2727
Tuscaloosa, Alabama 35403

_____
Susan C. Smith
Attorney for Debtor
241 Main Street
Suite 107
Greenville, MS 38701
(662) 378-2558


_____
W. Jeffery Collier
Attorney for Locke D. Barkley, Trustee
P.O. Box 55829
Jackson, MS 39296-5829
(601) 355-6661

09-12759-npo-ao relief stay[1].doc



Parties to Receive Copies:

Emily M. Yancey (MS Bar #102488)
Attorney for Vanderbilt Mortgage and Finance, Inc.
ROSEN ♦ HARWOOD, P.A.
2200 Jack Warner Parkway, Suite 200
Post Office Box 2727
Tuscaloosa, Alabama 35403

Susan C. Smith
Attorney for Debtor
241 Main Street
Suite 107
Greenville, MS 38701
(662) 378-2558

W. Jeffery Collier
Attorney for Locke D. Barkley, Trustee
P.O. Box 55829
Jackson, MS 39296-5829
(601) 355-6661



Case No. BK 0912758-NPO13
Page. 2